FILED
17-0400
12/22/2017 2:26 PM
tex-21465264
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

NO. 17-0400

_____

IN THE SUPREME COURT OF TEXAS

_____

DENNIS WEBB,

Petitioner/Cross-Respondent

v.

STATE FARM LLOYDS.

Respondent/Cross-Petitioner

_____

On Petition for Review from the
Ninth Court of Appeals of Texas
Appellate Cause No. 09-15-00408-CV

_____

PETITIONER/CROSS-RESPONDENT DENNIS WEBB'S
MOTION TO SUBSTITUTE COUNSEL

_____

Gregory F. Cox
State Bar No. 00793561
gfcdocketefile@mostynlaw.com
Brandon A. Kinard
State Bar No. 24079744
brandon@mostynlaw.com
THE MOSTYN LAW FIRM
6280 Delaware Street
Beaumont, Texas 77706
Tel: (409) 832-2777
Fax: (409) 832-2703

**COUNSEL FOR PETITIONER/CROSS-
RESPONDENT DENNIS WEBB**

Petitioner/Cross-Respondent, Dennis Webb, wishes to substitute counsel pursuant to Texas Rules of Appellate Procedure 6.5 and 10.

Attorney John Cowan is withdrawing as appellate counsel. Attorney Brandon Kinard substitutes for Mr. Cowan. Gregory F. Cox remains on as counsel for Petitioner/Cross-Respondent, Dennis Webb. The following counsel will represent Dennis Webb in this appeal:

> Gregory F. Cox
> State Bar No. 00793561
> gfcdocketefile@mostynlaw.com
> Brandon A. Kinard
> State Bar No. 24079744
> brandon@mostynlaw.com
> THE MOSTYN LAW FIRM
> 6280 Delaware Street
> Beaumont, Texas 77706
> Tel: (409) 832-2777
> Fax: (409) 832-2703

Pursuant to Rule 6.5(b), the undersigned certify this Motion is being sent to Dennis Webb by certified and U.S. Mail at his last known address.

The deadline for filing Petitioner/Cross-Respondent's reply to the response to his Petition for Review is February 5, 2018. Undersigned counsel do not expect the relief sought by this Motion to delay the proceedings, as counsel have become familiar with the issues in this case and anticipate they will be able to timely meet all deadlines.

The relief sought is not for delay but so that justice may be done.

1

For the foregoing reasons, Petitioner/Cross-Respondent, Dennis Webb, through undersigned counsel, prays that the Court allow substitution of counsel as set forth herein, and for all other such relief in law or equity to which he may be justly entitled.

Respectfully submitted,

*/s/ Gregory F. Cox*
Gregory F. Cox
State Bar No. 00793561
gfcdocketefile@mostynlaw.com
Brandon Kinard
State Bar No. 24079744
brandon@mostynlaw.com
THE MOSTYN LAW FIRM
6280 Delaware Street
Beaumont, Texas 77706
(409) 832-2777 (Office)
(409) 832-2703 (Facsimile)

**COUNSEL FOR PETITIONER/CROSS-RESPONDENT, DENNIS WEBB**

## CERTIFICATE OF CONFERENCE

I certify that counsel for Petitioner/Cross-Respondent conferred with counsel for Respondent/Cross-Petitioner, who stated Respondent/Cross-Petitioner is unopposed to the relief requested in this Motion.

*/s/ Gregory F. Cox*
Gregory F. Cox

Dated: December 22, 2017

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was forwarded to all counsel of record by the Electronic Filing Service Provider, if registered; a true and correct copy of this document was forwarded to all counsel of record not registered with an Electronic Filing Service Provider and to all other parties as follows:

J. Hampton Skelton
State Bar No. 18457700
hskelton@skeltonwoody.com
Edward F, Kaye
State Bar No. 24012942
ekaye@skeltonwoody.com
SKELTON & WOODY
248 Addie Roy
Building B, Suite 302
Austin, TX 78746-4100

**Counsel for Respondent/Cross-Petitioner**
**State Farm Lloyds**

*/s/ Gregory F. Cox*
Gregory F. Cox

Dated: December 22, 2017.